# United States Bankruptcy Court

### District of Delaware

In re  SKYBUS Airlines, Inc.                                ,

Debtor

Case No.  08 - 10637 (CSS)

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | | $ 0.00 | | |
| B - Personal Property | Yes | 13 | $ 121,344,036.( | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | Yes | 0 | | $ 52,380,791.52 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 0 | | $ 32,031,996.28 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 18,863,541.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 9 | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | $ 121,344,036.( | $ 103,276,329.40 | |

# United States Bankruptcy Court

### District of Delaware

In re  SKYBUS Airlines, Inc.                          ,
  Debtor

Case No.  08 - 10637 (CSS)

Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $          0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $32,031,996.28 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $          0.00 |
| 4. Total from Schedule F | | $ 18,863,541.60 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 18,863,541.60 |

In re SKYBUS Airlines, Inc.              ,          Case No. 08 - 10637 (CSS)

        **Debtor**                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total▶ | |

(Report also on Summary of Schedules.)

In re  SKYBUS Airlines, Inc.                    ,     Case No.  08 - 10637 (CSS)
_____
                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED | | 40,493,631.41 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SEE ATTACHED | | 25,556,300.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  SKYBUS Airlines, Inc.                    ,        Case No.  08 - 10637 (CSS)
                 **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | SEE ATTACHED | | 6,609,384.28 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | SEE ATTACHED | | 6,233,527.68 |

In re  SKYBUS Airlines, Inc.
_____,
             **Debtor**

Case No.  08 - 10637 (CSS)
             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Skybus Trademark | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attached | | 8,438.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | See Attached | | 23,194,981.00 |
| 28. Office equipment, furnishings, and supplies. | | See Attached | | 4,196,426.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached | | 1,669,798.00 |
| 30. Inventory. | | See Attached | | 223,704.49 |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See Attached | | 13,157,845.22 |

___10___ continuation sheets attached    Total▶    | $ | 121,344,036.07 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Skybus Airlines, Inc.: DEBTOR**
**Case No.: 08-10637 (CSS)**
**Schedule:**     **B - Q2 Bank Accounts**

| Financial Institution | Account No. | Description | Amount | |
|---|---|---|---|---|
| The Huntington National Bank<br>PO Box 1558 EA1W37<br>Columbus, OH 43216-1558 | 1451075492<br>1892444792<br>1892444815<br>1451081923 | Huntington Checking Account<br>Reservations Account<br>On Board Account<br>Huntington Money Market Account | $ 922,289.91<br>$ 1,547,150.71<br>$ 72,918.15<br>$ 562,190.66 | |
| The Huntington Invesatment Company<br>41 S High St FL 9<br>Columbus, OH 43216-6101 | | Huntington Investments - Federated | $ 1,878,462.82 | |
| Merrill Lynch<br>2 World Financial Center 40th<br>New York, NY 10281-6100 | 857-07Q50<br>857-07Q59 | Merrill Lynch - Working Capital Mgmt - LOC<br>Merrill Lynch - Working Capital - Cash Mgmt | $ 29,322,353.39<br>$ 6,167,642.87 | Restricted Cash |
| Wachovia Bank<br>NC8502<br>PO Box 563966<br>Charlotte NC, 28256-3966 | 2000037403979 | Wachovia Bank - On Board Sales | $ 20,622.90 | |

| Total Schedule B Q-2 | $ 40,493,631.41 |
|---|---|

**Skybus Airlines, Inc.: DEBTOR**
**Case No.: 08-10637 (CSS)**
**Schedule: B - Q3 Security Deposits**

| | **Vendor** | | **Amount** |
|---|---|---|---|
| Aircraft Lease Deposits | Virgin America - 2733 | $ | 750,000.00 |
| | Virgin America - 2811 | $ | 757,500.00 |
| | Aercap | $ | 2,430,000.00 |
| | Aerventure | $ | 2,160,000.00 |
| | SALE (BOC) | $ | 7,278,000.00 |
| | ILFC | $ | 1,800,000.00 |
| | Skyservice | $ | 1,560,000.00 |
| | Air Canada | $ | 1,710,000.00 |
| | Sub-total | $ | 18,445,500.00 |
| | | | |
| Fuel Deposit | World Fuel | $ | 6,650,000.00 |
| | | | |
| Airport Deposits | Bellingham | $ | 20,000.00 |
| | Ft. Lauderdale | $ | 52,000.00 |
| | Milwaukee | $ | 58,339.00 |
| | Oakland | $ | 190,000.00 |
| | Richmond | $ | 19,461.00 |
| | Sub-total | $ | 339,800.00 |
| | | | |
| Other Deposits | Workers' Comp | $ | 1,000.00 |
| | Gate Gourmet Deposit | $ | 105,000.00 |
| | S&G Bast (in flight catering deposit) | $ | 5,000.00 |
| | Club Carryout-liquor deposit | $ | 10,000.00 |
| | Sub-total | $ | 121,000.00 |
| | | | |
| | Total Deposits | $ | 25,556,300.00 |

**Skybus Airlines, Inc.: DEBTOR**
**Case No.: 08-10637 (CSS)**
**Schedule:    B - Q 16 Accounts Receivable**

| Credit Card Receivables Accounts | | Amount |
|---|---|---:|
| MasterCard - On Line Receivable | $ | 66,602.70 |
| VISA - On Line Receivable | $ | 125,722.70 |
| Discover - On Line Receivable | $ | 289,959.92 |
| AMEX - On Line Receivable | $ | 6,052,831.60 |
| Credit Card Chargebacks | $ | (609.60) |
| Mastercard - On board Receivable | $ | 1,826.00 |
| Visa - On board Receivable | $ | 4,723.00 |
| Discover - On board Receivable | $ | 417.00 |
| AMEX - On board Receivable | $ | 4,593.00 |
| Visa/MasterCard Clearing Account | $ | 462,285.90 |
| Bookings Receivable (Clearing) | $ | (819,048.48) |
| **Total Credit Card Receivables** | $ | 6,189,303.74 |

| Corp. Misc Receivables | | |
|---|---|---:|
| STMAE-GSO Parking | $ | 1,800.00 |
| STMAE-Fedex Charges | $ | 938.34 |
| Airbus North America | $ | 16,947.55 |
| **Total Corp Receivables** | $ | 19,685.89 |

| | | |
|---|---|---:|
| Brinks Cash Deposit in Transit | $ | 44,517.00 |

| A/R Employees | | |
|---|---|---:|
| Pilot Uniforms | $ | 33,575.23 |
| Flight Attendant Uniforms | $ | 17,037.07 |
| Parking/other | $ | 26,373.43 |
| **Total A/R  Employees** | $ | 76,985.73 |

| A/R Outside | | |
|---|---|---:|
| AIG Commissions | $ | 202,993.20 |
| Avis | $ | 21,586.97 |
| Budget | $ | 14,428.22 |
| Amex Interest | $ | 8,000.00 |
| Mercury Air Cargo | $ | 21,027.42 |
| Tourico | $ | 9,000.00 |
| Piedmont Triad-E Hoover | $ | 120.00 |
| Cobra Receivables from ex-employees | $ | 1,736.11 |
| **Total A/R Outside** | $ | 278,891.92 |

| | | |
|---|---|---:|
| **Total Accounts Receivable** | $ | 6,609,384.28 |

**Skybus Airlines, Inc.: DEBTOR**
**Case No.: 08-10637 (CSS)**
**Schedule: B Q-21 Other Claims**

| Description | | | | Amount |
|---|---|---|---|---|
| **Taxes** | | | | |
| Ohio Franchise Tax | | | $ | 18,958.33 |
| Delaware Franchise Tax | | | $ | 28,584.51 |
| | | | | |
| | | Sub-total | $ | 47,542.84 |

| | Area | Time Period | | |
|---|---|---|---|---|
| **Prepaid Other** | | | | |
| AMT | Aircraft Communications | 4/08-12/08 | $ | 30,999.03 |
| Wingspeed | Aircraft Communications | 4/08-12/08 | $ | 1,288.19 |
| Fortinet support upgrades 3 Year | IT Maint/support | 1/1/07 - 12/31/09 | $ | 1,990.80 |
| Fortinet support upgrades 2 Year | IT Maint/support | 1/1/07 - 12/31/08 | $ | 3,660.66 |
| Fortinet support upgrades 3 Year | IT Maint/support | 3/1/07 - 2/28/10 | $ | 2,141.20 |
| HP on site warranty 3 Year | IT Maint/support | 3/1/07 - 2/28/09 | $ | 2,036.50 |
| HP MSA 500 support (Hermes cluster) 3 Year | IT Maint/support | 2/1/07 - 1/31/09 | $ | 1,711.37 |
| CISCO SmartNet Support 3m Year | IT Maint/support | 2/1/07 - 1/31/09 | $ | 9,733.08 |
| HP Care Pack 3 yr | IT Maint/support | 1/1/07-12/31/09 | $ | 1,394.71 |
| HP Ecare 3 yr - 2 pkgs | IT Maint/support | 2/6/07 - 2/5/10 | $ | 1,656.12 |
| ETS Server support 3 yr | IT Maint/support | 4/17/07 - 4/16/10 | $ | 6,912.54 |
| Transition Products Inc. 3yr | IT Maint/support | 5/2/07-5/2/10 | $ | 2,850.02 |
| Transition Products 36 mo | IT Maint/support | 07/07-07/10 | $ | 1,410.96 |
| PCI | IT Maint/support | 8/07-7/08 | $ | 1,398.12 |
| ETS-Virus Protection support 2 year | IT Maint/support | 9/07-9/09 | $ | 9,321.22 |
| Jouve | Maintenance Publication | 12/07-11/08 | $ | 8,975.70 |
| ETS-Carepack and Smartnet suppport 3 year | Memberships | 9/07-8/10 | $ | 8,676.20 |
| Cranel-Library Base | Memberships | 10/07-10/10 | $ | 5,157.48 |
| Adventnet-Service Desk License | Memberships | 12/07-10/08 | $ | 1,840.79 |
| QL2 Software | Memberships | 5/08-6/08 | $ | 1,000.00 |
| Dialogic Communications Corp | Other Servies-Security | 2/08-1/09 | $ | 12,971.80 |
| ETS-Software Maintenance | Software license fees | 9/1/06 - 8/31/08 | $ | 286.78 |
| Osborne Charles-GP Support | Software license fees | 11/07-11/08 | $ | 4,422.70 |
| Microsoft Corp-software Licenses | Software license fees | 11/07-10/08 | $ | 5,365.94 |
| Google Mini | Software license fees | 1/08-12/08 | $ | 1,468.54 |
| Terradata | Software license fees | 12/07-11/08 | $ | 5,554.19 |
| IBM | Software license fees | 4/08-3/09 | $ | 1,193.19 |
| | | | | |
| | | Sub-total | $ | 135,417.83 |

| | | | |
|---|---|---|---|
| **Taxes and Fees Paid on Advance Bookings** | | | |
| Excise Tax | | | $1,862,680.21 |
| Segment Tax | | | $1,840,893.80 |
| Security 9/11 Fees | | | $1,320,570.00 |
| PFC's | | | $1,026,423.00 |
| | | | |
| | | Sub-total | $6,050,567.01 |

| TOTAL OTHER CLAIMS | $6,233,527.68 |
|---|---|

**Skybus Airlines, Inc.: DEBTOR**
**Case No.: 08-10637 (CSS)**
**Schedule: B - Q25 Trucks, Van**

| Asset Class | Asset Subclass | | Cost | | Accum Depr | | Net Book Value |
|---|---|---|---|---|---|---|---|
| Ground Equipment | Vehicles | $ | 9,633 | $ | 1,195 | $ | 8,438 |
| Total Trucks & Vans | | $ | 9,633 | $ | 1,195 | $ | 8,438 |

**Skybus Airlines, Inc.: DEBTOR**
**Case No.: 08-10637 (CSS)**
**Schedule: B - Q27 Aircraft & Accessories**

| Asset Class | Asset Subclass | Cost | Accum Depr | Net Book Value |
|---|---|---:|---:|---:|
| Assets Held For Sale | Assets Held For Sale | $ 21,703,697 $ | - | $ 21,703,697 |
| Sub-total Assets Held for Sale | | 21,703,697 | - | 21,703,697 |
| | | | | |
| Aircraft LH Improvements | Seats | $ 869,733 $ | 354,814 $ | 514,920 |
| | Parts & Maintenance | 446,153 | 40,204 | 405,949 |
| | Auxillary Power Units | 401,800 | 47,465 | 354,335 |
| | EFB & Computer Equipment | 137,672 | 43,547 | 94,125 |
| | Other LHI | 15,637 | 1,045 | 14,592 |
| Sub-total Aircraft LH Improvements | | 1,870,996 | 487,075 | 1,383,920 |
| | | | | |
| Onboard Equipment | Emergency Equipment | 94,384 | 8,390 | 85,994 |
| | Other Onboard Equipment | 22,844 | 1,474 | 21,370 |
| Sub-total Onboard Equipment | | 117,228 | 9,864 | 107,364 |
| | | | | |
| Total Aircraft & Accessories | | 23,691,921 | 496,939 | 23,194,981 |

| Asset Class | Asset Subclass | Cost | Accum Depr | Net Book Value |
|---|---|---|---|---|
| Onboard Equipment | EFB & Computer Equipment | 442,471 | 14,210 | 428,261 |
| Sub-total Onboard Equipment | | 442,471 | 14,210 | 428,261 |
| | | | | |
| Furniture | Airport Signage, Stanchions, Millwork | 571,132 | 47,808 | 523,325 |
| | Cubicles, Desks, Chairs, Files, Shelves | 326,013 | 65,762 | 260,251 |
| | Other Furniture & Equipment | 56,580 | 7,874 | 48,706 |
| | Televisions | 13,730 | 1,619 | 12,111 |
| Sub-total Furniture | | 967,455 | 123,062 | 844,393 |
| | | | | |
| Computer | Other Computer Equipment | 1,427,908 | 222,439 | 1,205,469 |
| | Kiosk Equipment | 704,011 | 94,466 | 609,545 |
| | Servers | 342,162 | 75,733 | 266,429 |
| | Laptop & Desktop Computers | 324,145 | 63,822 | 260,323 |
| | Accessory Equipment | 228,727 | 31,056 | 197,671 |
| Sub-total Computer | | 3,026,953 | 487,516 | 2,539,437 |
| | | | | |
| Communication | Other Comm Equipment | 388,391 | 73,833 | 314,558 |
| | Phones & Related Equipment | 41,636 | 7,768 | 33,867 |
| Sub-total Communication | | 430,026 | 81,601 | 348,425 |
| | | | | |
| Building | Fixtures | 41,185 | 5,274 | 35,911 |
| Sub-total Building | | 41,185 | 5,274 | 35,911 |
| | | | | |
| Total Office Equipment & Furniture | | 4,908,089 | 711,663 | 4,196,426 |

| Asset Class | Asset Subclass | Cost | Accum Depr | Net Book Value |
|---|---|---|---|---|
| Onboard Equipment | Catering Equipment | 222,453 | 20,899 | 201,555 |
| | Abanco Equipment | 112,843 | 8,538 | 104,305 |
| Sub-total Onboard Equipment | | 335,296 | 29,437 | 305,859 |
| | | | | |
| Maintenance | Tools & Shop Equipment | 753,827 | 81,762 | 672,065 |
| | Heavy Equipment & Vehicles | 319,266 | 28,416 | 290,851 |
| | Ground Power Units | 123,005 | 5,013 | 117,992 |
| Sub-total Maintenance | | 1,196,099 | 115,190 | 1,080,909 |
| | | | | |
| Ground Equipment | Ramp Handling Equipment | 186,788 | 9,950 | 176,837 |
| | Passenger Handling Equipment | 89,704 | 5,451 | 84,253 |
| | Other Ground Equipment | 16,788 | 1,150 | 15,639 |
| | Training Slide | 7,500 | 1,199 | 6,302 |
| Sub-total Maintenance | | 300,780 | 17,750 | 283,030 |
| | | | | |
| Total Machinery, Equipment & Supplies | | 1,832,175 | 162,377 | 1,669,798 |

**Skybus Airlines, Inc.: DEBTOR**
**Case No.: 08-10637 (CSS)**
**Schedule:     Q 30                     Inventory**

|                                  | | **Net Book Value** |
|----------------------------------|----|-------------|
| Inventory - Alcoholic Beverages  | $  | 15,194.70   |
| Inventory-expendables - CMH      | $  | 102,975.88  |
| Inventory-repairables - CMH      | $  | 75,970.68   |
| Inventory-on aircraft - CMH      | $  | 29,563.23   |
| Total                            | $  | 223,704.49  |

**Skybus Airlines, Inc.: DEBTOR**
**Case No.: 08-10637 (CSS)**
**Schedule: B - Q 35 - Other Personal Property**

| Description | | | Amount | | Total |
|---|---|---|---:|---|---:|
| **Deposits** | | | | | |
| | Airbus A319 PDP - Deposits | | $ 3,840,000.00 | | |
| | | | | $ | 3,840,000.00 |
| **Pre-paid Rent** | | | | | |
| | Aircraft | Virgin America | $ 408,483.87 | | |
| | | Skyservice | $ 520,000.00 | | |
| | | Eden Irish - AerCap | $ 280,630.70 | | |
| | | Air Canada | $ 570,000.00 | | |
| | | Aircraft Portfolio Holding Co -AerCap | $ 201,948.19 | | |
| | | Aircraft Portfolio Holding Co -AerCap | $ 44,191.58 | | |
| | | Aircraft Portfolio Holding Co -AerCap | $ 266,960.50 | | |
| | | Aircraft Portfolio Holding Co -AerCap | $ 45,180.47 | | |
| | | Bank of China | $ 1,200,000.00 | | |
| | | | | $ | 3,537,395.31 |
| | Office / Hangar | Columbus HQ & Hangar | $ 34,198.58 | | |
| | Airports: | CMH | $ 181,725.17 | | |
| | | BLI | $ 2,176.40 | | |
| | | GSO | $ 52,748.75 | | |
| | | SAN | $ 2,000.00 | | |
| | Apartment in GSO | Optima Services Inc | $ 1,685.00 | | |
| | | | | $ | 274,533.90 |
| **Pre-paid Insurance** | | | | | |
| | Directors and Officers | Willis Insurance | $ 4,604.17 | | |
| | Property Insurance | Willis Insurance | $ 2,091.25 | | |
| | Auto Insurance | Willis Insurance | $ 1,178.84 | | |
| | Aircraft | Willis Insurance | $ 587,311.61 | | |
| | | | | $ | 595,185.86 |
| **Prepaid Interest** | | | | | |
| | Aircraft | Bank of China | $ 4,910,730.14 | | |
| | | | | $ | 4,910,730.14 |

| | | | | TOTAL | $ 13,157,845.21 |
|---|---|---|---|---|---:|

In re  SKYBUS Airlines, Inc. _____,
          **Debtor**

Case No.  08 - 10637 (CSS) _____
          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

B 6D (Official Form 6D) (12/07)

In re  SKYBUS Airlines, Inc.                          ,          Case No.   08 - 10637 (CSS)
                        **Debtor**                                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PK AirFinance 400 Madison Ave. Suite 9c New York, NY 10017 | | | 12/10/07, Lien on one Airbus A319 Aircraft, S/N 649  VALUE $ 21,900,000.0 | | | | 17,340,000.00 | 0.00 |
| ACCOUNT NO.  Merrill Lynch Bank USA 201 South Main Street Salt Lake City, UT 84111 | | x | 3/29/07, Letter of Credit, Huntington Merchant Services  VALUE $ 28,400,000.0 | x | | | 28,400,000.00 | 0.00 |
| ACCOUNT NO.  Merrill Lynch Bank USA 201 South Main Street Salt Lake City, UT 84111 | | | 6/23/07, Letter of Credit, Customs Bond  VALUE $ 100,000.00 | x | | | 100,000.00 | 0.00 |

___ continuation sheets attached

Subtotal ►
(Total of this page)

$ 45,840,000.00   |   $ 0.00

Total ►
(Use only on last page)

$   |   $

(Report also on Summary of Schedules.)   |   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  SKYBUS Airlines, Inc.                    ,     Case No.   08 - 10637 (CSS)
          **Debtor**                                                  **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Merrill Lynch Bank USA<br>201 South Main Street<br>Salt Lake City, UT 841 | | | 6/28/07, Letter of Credit, San Diego Regional Airport<br><br>VALUE $    78,000.00 | x | | | 78,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Merrill Lynch Bank USA<br>201 South Main Street<br>Salt Lake City, UT 841 | | | 1/3/08, Letter of Credit, Port Authority of New York<br><br>VALUE $  120,000.00 | x | | | 120,000.00 | 0.00 |
| ACCOUNT NO.<br><br>American Express 3 World Financial Center, New York, NY 10285-3312 | x | | 2/22/07 Credit Card Processor<br><br>VALUE $ | x | | | 6,052,831.60 | 0.00 |
| ACCOUNT NO.<br><br>Discover Financial Services, 2500 Lake Cook Road, Riverwoods, IL 60015 | x | | 4/1/2007 Credit Card Processor<br><br>VALUE $ | x | | | 289,959.92 | 0.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 6,540,791.52

$ 0.00

Total(s) ▶
(Use only on last page)

$ 52,380,791.52

$ 0.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re _SKYBUS Airlines, Inc._____,
             **Debtor**

Case No. _08 - 10637 (CSS)_____
           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

 

 

 

_1_ continuation sheets attached

In re  SKYBUS Airlines, Inc.                    ,        Case No.  08 - 10637 (CSS)
            **Debtor**                                                 **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Various Ticket Holders <br> Advance Ticket Sales | | | Various | | X | | 32,028,085.40 | 32,028,085.4 | 0.00 |
| Account No. <br><br> Sales and Use Tax <br> Various States | | | 1/1/08-4/5/08 | | x | | 3,910.88 | 3,910.88 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ____ of __1__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ 32,031,996.   $ 32,031,996.   0.00

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 32,031,996.20

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 32,031,996.2   $ 0.00

In re  SKYBUS Airlines, Inc.                          ,                    Case No.  08 - 10637 (CSS)
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SEE ATTACHED | | | | | | | 18,863,541.60 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| | | | | | Subtotal▶ | | $18,863,541.60 |

  7  continuation sheets attached

Total▶  (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$ 18,863,541.60

| Creditor | Cont | Unliq | Disp | A/P Due Claim | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 4300 VENTURE 34910 LLC | | | | (871,971) | 1798 FREBIS AVE | | COLUMBUS | OHIO | 43207 |
| 4300 VENTURE 6729 LLC | | | | 2,820.60 | 1798 FREBIS AVE | | COLUMBUS | OH | 43207 |
| ABANCO INTERNATIONAL | | | | 6,771.41 | 1821 WALDEN OFFICE SQUARE | | SCHAUMBURG | IL | 60173 |
| ABCO FIRE PROTECTION, INC. | | | | 164.57 | P.O. BOX 931933 | | CLEVELAND | OH | 44193 |
| ADP, INC | | | | 5,893.78 | PO BOX 78415 | | PHOENIX | AZ | 85062-8415 |
| ADP-PAYROLL SERVICE FEES | | | | 1,562.51 | #N/A | | #N/A | #N/A | #N/A |
| AIR CANADA | | | | 334,046.96 | | #N/A | | | |
| AIR CHEF AVIATION SERVICES, INC | | | | 46,903.08 | 14035 - P AIRPORT ROAD | | GULFPORT | MS | 39503 |
| AIRBUS NORTH AMERICA | | | | 398,286.75 | 198 VAN BUREN STREET STE 300 | | HERNDON | VA | 20170-5338 |
| AIRCRAFT PORTFOLIO HOLDING COMPANY LLC | | | | 1,375,288.31 | | | | | |
| AIRCRAFT SERVICE INTERNATIONAL, INC | | | | 2,912.00 | P.O. BOX 2278 | | CAROL STREAM | IL | 60132-2278 |
| AIRLINE BAGGAGE CARRIERS | | | | 266.00 | 416 LAUREL STREET, #226 | | SAN DIEGO | CA | 92101 |
| AIRLINE TARIFF PUBLISHING CO. | | | | 50.00 | PO BOX 17415 | | WASHINGTON | DC | 20041-0415 |
| AIRPORT CARRIER SYSTEM | | | | 2,818.00 | 16 BIVONA LANE, LOT #9 | | NEW WINDSOR | NY | 12553 |
| AIRPORT RECYCLING SPECIALISTS, INC. | | | | 738.39 | P.O. BOX 848007 | | PEMBROKE PINES | FL | 33084 |
| AIRPORT TERMINAL SERVICES INC | | | | 7,273.05 | 111 WEST PORT PLAZA | SUITE 400 | ST LOUIS | MO | 63146 |
| ALLIED INSURANCE | | | | 100.00 | PO BOX 10479 | | DES MOINES | IA | 50306-0479 |
| AMAXX INC. | | | | 800.63 | 5975 WILCOX PLACE | SUITE B | DUBLIN | OH | 43016 |
| AMERICAN AIRLINE INC. | | | | 3,107,461.79 | 1791 TAYLOR ROAD SW | | REYNOLDSBURG | OH | 43068 |
| AMERICAN EXPRESS-PAYMENT | | | | 254,321.46 | 2955 W CORPORATE LAKES BLVD | | WESTON | FL | 33331-3626 |
| AMSAFE BRIDPORT | | | | 3,070.63 | LOCKBOX #08 | | PHOENIX | AZ | 85072-3075 |
| ANSETT AIRCRAFT SPARES & SERVICES | | | | (8,046.00) | PO BOX 60640 | P.O. BOX 53075 | LOS ANGELES | CA | 90050-0640 |
| ARAMARK REFRESHMENT SERVICES | | | | 135.00 | 2212 WILSON ROAD | | COLUMBUS | OH | 43228 |
| ARAMARK REFRESHMENT SERVICES | | | | 74.39 | 2212 WILSON ROAD | | COLUMBUS | OH | 43228 |
| ARINC INCORPORATED | | | | 550.06 | P.O. BOX 951273 | | DALLAS | TX | 75395-1273 |
| ASHFORD SUITES HOTEL | | | | 310.05 | 3901 SEDGEBROOK DRIVE | | HIGH POINT | NC | 27265 |
| ASIG AIRLINE SERVICES | | | | 3,450.69 | BUILDING 85-586 CARGO ROAD | BRADLEY INTERNATIONAL AIRPORT | WINDSOR LOCKS | CT | 06096 |
| AT&T | | | | 181.33 | PAYMENT CENTER | | SACRAMENTO | CA | 95887-0001 |
| AT&T | | | | 145.14 | PAYMENT CENTER | | SACRAMENTO | CA | 95887-0001 |
| AT&T | | | | 72.63 | PAYMENT CENTER | | SACRAMENTO | CA | 95887-0001 |
| AT&T INTERNET SERVICES | | | | 1,717.43 | P.O. BOX 650396 | ACCT.# 854770527-6 | DALLAS | TX | 75265-0396 |
| AT&T MOBILITY | | | | 610.74 | PO BOX 6463 | | CAROL STREAM | IL | 60197-6463 |
| ATLANTIC AVIATION | | | | 7,023.69 | BOX 6716 | PO BOX 8500 | PHILADELPHIA | PA | 19178-6716 |
| AURORA CONSULTING GROUP | | | | 2,850.00 | 164 BAY 38TH STREET | | BROOKLYN | NY | 11214 |
| AVALL SERVICES | | | | 474.50 | 4228 AIRPORT RD | SUITE B | CINCINNATI | OH | 45226 |
| AVIATION DEPARTMENT | | | | 6,241.75 | PO BOX 210513 | | KANSAS CITY | MO | 64121-0513 |
| AVIATION MOBILITY | | | | 67.07 | 13222 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 |
| AVIATION PORT SERVICES LLC | | | | 21,518.29 | 851 EARHART RD STE 210 | | OAKLAND | CA | 94621 |
| AVIO-DIEPEN | | | | 9,010.00 | 561 AIRPORT SOUTH PARKWAY | SUITE 500 | ATLANTA | GA | 30349 |
| AVOX-EROS Services | | | | 1,482.40 | 6734 VALJEAN AVE | | VAN NUYS | CA | 91406 |
| B&C COMMUNICATIONS | | | | 7,821.26 | L-2787 | | COLUMBUS | OH | 43260-2787 |
| BARFIELD EADS | | | | 615.56 | 4101 NW 29TH ST | | MIAMI | FL | 33142 |
| BAYRING COMMUNICATIONS | | | | 142.84 | 359 CORPORATE DRIVE | | PORTSMOUTH | NH | 03801 |
| BRINKS INCORPORATED | | | | 2,281.62 | 1583 MOMENTUM PLACE | | CHICAGO | IL | 60689-5315 |
| BROOKS - GREENSBORO | | | | 1,573.16 | POST OFFICE BOX 3244 | | GREENSBORO | NC | 27402 |
| BROWARD COUNTY AVIATION DEPARTMENT | | | | 102,074.47 | FT LAUDERDALE-HOLLYWOOD INTL APT | NORTH PERRY AIRPORT | FT LAUDERDALE | FL | 33315 |
| BROWARD COUNTY PROPERTY APPRAISER | | | | 1,604.32 | 115 S ANDREWS AVE, RM 111 | | FT LAUDERDALE | FL | 33301-1899 |
| BRIJ, INC. | | | | 250.00 | 805 SOUTH GLYNN ST. | SUITE 127 #337 | FAYETTEVILLE | GA | 30214 |
| BURBANK-GLENDALE-PASADENA AIRPORT A | | | | 20,383.32 | 2627 HOLLYWOOD WAY | | BURBANK | CA | 91505 |
| BYRD, RONALD G. | | | | 120.75 | 1265 SCITUATE CT | | WESTERVILLE | OH | 43081 |
| CAMI BUSINESS SOLUTIONS | | | | 44,656.94 | 17 HASTINGS DRIVE | | RIDGE | NY | 11961 |
| CANADA BORDER SERVICES AGENCY | | | | 25.00 | FINANCIAL TRANSITION CENTRE | 400 PLACE D'YOUVILLE, 2ND FLOOR | MONTREAL, QC | CANADA | H2Y 2C2 |
| CAPITAL REGION AIRPORT COMMISSION | | | | 29,013.80 | JON E MATHIASEN, AAE | 1 RICHARD E BYRD TERMINAL DRIVE | RICHMOND INTL AIRPOR | VA | 23250-2400 |
| CARLA NEWTON | | | | 120.00 | 3200 SUMMERLYN COURT, APT. C | | GREENSBORO | NC | 27409 |
| CARNEGIE, BENJAMIN | | | | 271.00 | 3 BUCHAK CIRCLE | | PRINCETON JUNCTION | NJ | 08550 |
| CATERING BY SCOTT | | | | 7,793.00 | 2980 EAST BROAD STREET | | COLUMBUS | OHIO | 43209 |
| CDW DIRECT, LLC | | | | 1,820.93 | P.O. BOX 75723 | | CHICAGO | IL | 60675-5723 |

| Creditor | Cont | Unliq | Disp | A/P Due Claim | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| CHAPTER 13 TRUSTEE | | | | 407.00 | #07-54878 L. DOUGHMAN AKA L. GRIFFITH | PO BOX 71-0795 | COLUMBUS | OH | 43271-0795 |
| CHARLOTTE COUNTY PROPERTY APPRAISER | | | | 546.94 | MURDOCK ADMINISTRATION CENTER | 18500 MURDOCK CIRCLE | PORT CHARLOTTE | FL | 33948-1076 |
| CHATTANOOGA METROPOLITAN AIRPORT | | | | 61,239.31 | 1001 AIRPORT ROAD | SUITE 14 | CHATTANOOGA | TN | 37421 |
| CITY OF KANSAS CITY, MISSOURI | | | | 11.70 | AVIATION DEPARTMENT | CITY TREASURER | KANSAS CITY | MO | 64121-0513 |
| CLICK HERE | | | | 38.04 | 8750 N. CENTRA EXPRESSWAY | SUITE 100 | DALLAS | TX | 75231 |
| CLUB CARRYOUT | | | | 3,709.50 | 91 N STYGLER ROAD | | GAHANNA | OH | 43230 |
| COLLECTION SERVICES CENTER | | | | 425.00 | PO BOX 9125 | CASE# 192355 | DES MOINES | IA | 50306-9125 |
| COLLINS ELECTRIC | | | | 9,031.00 | PO BOX 33311 | | SPRINGFIELD | MA | 01102-3311 |
| COLONNA, JENNIFER | | | | 371.00 | 212 BATH ROAD | | MEDINA | OH | 44256 |
| COLONNA, NIGEL | | | | 371.00 | 212 BATH ROAD | | MEDINA | OH | 44256 |
| COLUMBUS DISTRIBUTING COMPANY | | | | 527.60 | DAVE BREECH | | COLUMBUS | OH | 43229 |
| COLUMBUS REGIONAL AIRPORT AUTHORITY | | | | 8,309.59 | A/R-CMH | | COLUMBUS | OH | 43236 |
| COMCAST | | | | 272.26 | PO BOX 105184 | | ATLANTA | GA | 30348-5184 |
| COMDOC, INC. | | | | 1,115.78 | REF NO 00000000503144 | | PHILADELPHIA | PA | 19101-1601 |
| COMDOC, INC-OH | | | | 2,097.58 | P.O. BOX 1573 | | AKRON | OH | 44309-1573 |
| COMMONWEALTH OF MASSACHUSETTS | | | | 125.00 | ALCOHOLIC BEVERAGES CONTROL COMMISSIO | PO BOX 3396 | BOSTON | MA | 02241-3396 |
| COMPTROLLER OF THE TREASURY | | | | 6,981.36 | OFFICE OF STATE ASSESSED PROPERTIES | JK POLK STATE OFF BLDG, SUITE 1700 | NASHVILLE | TN | 37243-0281 |
| CONTINENTAL BUILDINGS, INC. | | | | 1,275.00 | 10 S SALES & SERV. | | HOUSTON | TX | 77216-1970 |
| CONTINENTAL TESTING | | | | 2,055.00 | 105 MAIN ST. | | UNION | OH | 45322 |
| CORECOMM INTERNET | | | | 8.71 | P.O. BOX 742594 | | CINCINNATI | OH | 45274-2594 |
| CORPORATE EXPRESS | | | | 8,180.73 | DOC & PRINT MGMT | | CHICAGO | IL | 60694-5015 |
| COTTINGHAM/ACORN | | | | 5,752.95 | | | CHICAGO | | 60686-0045 |
| CRUCIAL AIR | | | | 115.32 | 664 N JAMES ROAD | | COLUMBUS | OH | 43219 |
| CT CORPORATION | | | | 2,934.30 | P.O. BOX 4349 | | CAROL STREAM | IL | 60197-4349 |
| DAILEY CHERYL | | | | 400.00 | 4954 LAKE VIEW DRIVE | | PENINSULA | OH | 44264 |
| DAILEY, BRADLEY | | | | 400.00 | 4954 LAKE VIEW DRIVE | | PENINSULA | OH | 44264 |
| DAILEY, BRIANNA | | | | 400.00 | 4954 LAKE VIEW DRIVE | | PENINSULA | OH | 44264 |
| DAILEY, ROBERT | | | | 400.00 | 4954 LAKE VIEW DRIVE | | PENINSULA | OH | 44264 |
| DAN COBB | | | | 100.00 | 950 VERNON HEIGHTS BLVD | | MARION | OH | 43302 |
| DAVIES SKYCAP SERVICES, INC. | | | | 3,304.02 | PO BOX 6818 | | BURBANK | CA | 91510-6818 |
| DAYSTAR COMMUNICATION | | | | 149.95 | PO BOX 22045 | | TAMPA | FL | 33622 |
| DEDIENNE AEROSPACE | | | | 4,670.00 | 2112 NW 99TH AVENUE #12 | | MIAMI | FL | 33172 |
| DELEAWARE RIVER AND BAY AUTHORITY | | | | 5,628.93 | PO BOX 566 | | WILMINGTION | DE | 19899 |
| DELOITTE & TOUCHE LLP | | | | 31,062.00 | PO BOX 7247-6446 | | PHILADELPHIA | PA | 19170-6446 |
| DELTA AIR LINES, INC | | | | 400.00 | PO BOX 101153 | | ATLANTA | GA | 30392-1153 |
| DISH NETWORK | | | | 11.60 | DEPT 0063 | | PALATINE | IL | 60055-0063 |
| DISPATCH PRINTING COMPANY | | | | 6,908.34 | PO BOX 182537 | | COLUMBUS | OH | 43218-2537 |
| DIVISION OF CHILD SUPPORT | | | | 450.00 | 40231 1025 | PO BOX 14059 | LEXINGTON | KY | 40512-4059 |
| DTN/METEORLOGIX | | | | 1,605.00 | 11400 RUPP DRIVE | | BURNSVILLE | MN | 55337-1279 |
| DUKE ENERGY (GSO) | | | | 1,442.66 | ACCT #1645078111 | P.O. BOX 70516 | CHARLOTTE | NC | 28272-0516 |
| DUTY FREE WORLD INC | | | | 159,566.70 | 12901 NW 113 CT | | MEDLEY | FL | 33178 |
| E. J. BROOKS | | | | 1,582.32 | PO BOX 15018 | | NEWARK | NJ | 07192 |
| EDEN IRISH AIRCRAFT LEASING | | | | 461,923.27 | AERCAP HOUSE | | SHANNON | COUNTY CLARE | |
| ELITE LINE SERVICES G&T CONVEYOR CO | | | | 1,371.55 | PO BOX 487 | | TAVARES | FL | 32778-0487 |
| EMBARQ | | | | 10.10 | ACCT #816-243-7531-829 | PO BOX 660068 | DALLAS | TX | 75266-0068 |
| EMPLOYMENT SECURITY DEPT | | | | 272.76 | BENEFIT PAYMENT CONTROL | PO BOX 24928 | SEATTLE | WA | 98124-0928 |
| ENGINEERING EXCELLENCE INC. | | | | 21.67 | PO BOX 633874 | | CINCINNATI | OH | 45263-3874 |
| ENTERPRISE TECHNOLOGY SERVICES | | | | 580.00 | 730 H 52ND ST | SUITE 100 | PHOENIX | AZ | 85008 |
| ERIE AVIATION INC | | | | 302.21 | 1807 ASBURY RD | | ERIE | PA | 16505 |
| EUROPEAN AERONAUTICAL GROUP UK LTD | | | | 20,054.85 | NAVTECH HOUSE | LYON ROAD | | ENGLAND | |
| EXCEL MICRO | | | | 177.60 | 505 KENDRON AVE | | FOLSOM | PA | 19033 |
| EXPRESSJET AIRLINES | | | | 17,608.00 | 700 N. SAM HOUSTON PARKWAY, W. | | HOUSTON | TX | 77067 |
| FADEC INTERNATIONAL | | | | 324.00 | PO BOX 2721 | | BUFFALO | NY | 14240-2721 |
| FAIRFIELD INN MARRIOTT (GREENSBORO) | | | | 8,777.81 | GREENSBORO AIRPORT | 7615 THORNDIKE ROAD | GREENSBORO | NC | 27409 |
| FECTEAU, MEGAN N. | | | | 100.00 | 148 HURRICAN ROAD | | BELMONT | NH | 03220 |
| FEDERAL AVIATION ADMINISTRATION | | | | 246,288.64 | 800 INDEPENDENCE AVE SW | | WASHINGTON | DC | 20591 |
| FEDEX | | | | 16,189.98 | P.O. BOX 371461 | | PITTSBURGH | PA | 15250-7461 |

| Creditor | Cont | Unliq | Disp | A/P Due Claim | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| FIA CARD SERVICES | | | | 2,856.16 | PO BOX 15710 | | WILMINGTON | DE | 19886-5710 |
| FIRST IMPRESSIONS PRINTING | | | | 57.64 | 195 S HAMILTON RD | | COLUMBUS | OH | 43213 |
| FLIGHT DIMENSIONS INTERNATIONAL | | | | 1,185.47 | DBA FLIGHT EXPLORER | | BALTIMORE | MD | 21283-0650 |
| FORT LAUDERDALE - HOLLYWOOD INTERNA | | | | 62,533.65 | REVENUE DEPARTMENT | 100 AVIATION BOULEVARD | FORT LAUDERDALE | FL | 33315 |
| FOUR-STAR COURIER SERVICES | | | | 190.00 | P.O. BOX 1974 | | UNION CITY | CA | 94587 |
| FRANKLIN COUNTY TREASURER | | | | 4,156.00 | PERSONAL PROPERTY TAX DIV. | | COLUMBUS | OH | 43215 |
| FRANKLIN IMAGING | | | | 1,824.57 | 150 EAST BROAD STREET | 373 S. HIGH STREET, 21ST FLOOR | COLUMBUS | OH | 43215 |
| G & S MECHANICAL USA INC | | | | 1,820.27 | 3409 WEST HARRY | | WICHITA | KS | 67215 |
| G. NEIL | | | | 108.66 | P.O. BOX 451179 | | SUNRISE | FL | 33345-1179 |
| G2 SECURE STAFF | | | | 2,563.37 | PO BOX 678049 | | DALLAS | TX | 75267-8049 |
| GALAXY AVIATION | | | | 48,597.79 | 4500 US 1 NORTH | | ST. AUGUSTINE | FL | 32095 |
| GARY JET CENTER | | | | 35,466.06 | 5401 W. INDUSTRIAL HWY | | GARY | IN | |
| GATE GOURMET INC | | | | 85,691.75 | 11710 PLAZA AMERICA DRIVE | SUITE 800 | RESTON | VA | 20190 |
| GATE SAFE, INC. | | | | 9,100.08 | MSC 410585 | PO BOX 415000 | NASHVILLE | TN | 37241-5000 |
| GATE SERVE, LLC | | | | 54,372.88 | MSC 410553 | PO BOX 415000 | NASHVILLE | TN | 37241-5000 |
| GE CAPITAL AVIATION SERVICES, IN | | | | (6,510.00) | 6000 Freeport Drive | Suite 102 | Memphis | TX | 38141 |
| GE ENGINE SERVICES, INC | | | | 580,484.66 | ACCOUNT #101093861 | PNC BANK | PITTSBURGH | PA | 15264 |
| GENERAL MITCHELL INTERNATIONAL AIRP | | | | 11,557.21 | BOX 78979 | | MILWAUKEE | WI | 53278-0979 |
| GERSON & BARNES FLIGHT SUITS | | | | 2,062.50 | 1900 WELD BLVD # 140 | | EL CAJON | CA | 92020 |
| GLAZERS DISTRIBUTORS OF OHIO | | | | 287.64 | 4680 POTH ROAD | | COLUMBUS | OH | 43213 |
| GOAWALLA, HUSEINI A | | | | 50.00 | 5790 N. 56TH STREET | | WI | 53223 | |
| GOODYEAR TIRE & RUBBER COMPANY | | | | 15,566.00 | PO BOX 277808 | | ATLANTA | GA | 30384-7808 |
| GOPICNIC, INC. | | | | 7,392.00 | C/O PAM JELACA | 4011 N. RAVENSWOOD AVENUE | CHICAGO | IL | 60613 |
| GREAT LAKES AIRCRAFT CLEANING INC | | | | 3,271.85 | 845 N JAMES RD | | COLUMBUS | OH | 43219 |
| GREATAMERICA LEASING CORP. | | | | 611.33 | 8742 INNOVATION WAY | | CHICAGO | IL | 60682-0087 |
| GREATER ORLANDO AVIATION AUTHORITY | | | | 404.00 | P.O. BOX 917032 | | ORLANDO | FL | 32891-7082 |
| GREEN, DEMON | | | | 42.22 | 7030 BRANCH CROSSING WAY | | DOUGLASVILLE | GA | 30134 |
| GREENSBORO ABC BOARD | | | | 2,403.00 | 115 N. CEDAR STREET | | GREENSBORO | NC | 27401 |
| GRIER, JOHN & JONATHAN | | | | 500.00 | 220 RAILROAD AVENUE | | LOVELAND | OH | 45140 |
| GULF-PORT-BILOXI REGIONAL AIRPORT AU | | | | 13,265.10 | 14035-L AIRPORT ROAD | | GULFPORT | MS | 39503 |
| HARRISON COUNTY TAX ASSESSOR | | | | 1,310.12 | PO BOX 462 | | GULFPORT | MS | 39502-0462 |
| HOLIDAY INN -COLUMBUS AIRPORT | | | | 5,113.65 | 750 STELZER ROAD | | COLUMBUS | OH | 43219 |
| HOLLAND & KNIGHT LLP | | | | 2,518.10 | 50 CALIFORNIA STREET, STE. 2800 | | SAN FRANCISCO | CA | 94111-4726 |
| HONEYWELL AEROSPACE | | | | 23,173.72 | 1300 WEST WARNER RD | | TEMPE | AZ | 85284 |
| HONEYWELL CONSUMABLE SOLUTIONS | | | | 25.20 | 8260 S HARDY DR | | TEMPE | AZ | 85284 |
| Honeywell International | | | | 5,065.00 | P.O. BOX 905132 | | CHARLOTTE | NC | 28280-5132 |
| HONEYWELL INTERNATIONAL INC | | | | (74,551.25) | P.O. BOX 905132 | | CHARLOTTE | NC | 28280-5132 |
| Honeywell Sky Harbor Circle | | | | 5.66 | 6914 N. Sky Harbor Circle | | Phoenix | AZ | 85034 |
| HUNTSPHERE USA CORPORATION | | | | 2,063.22 | 1704 HYSPHERE CIRCLE | | CHICAGO | IL | 60674 |
| IRON MOUNTAIN | | | | 181.60 | PO BOX 27128 | | NEW YORK | NY | 10087-7128 |
| ISS FACILITY SERVICES-GREENSBORO | | | | 490.00 | P.O. BOX 16804 | | GREENSBORO | NC | 27416 |
| J. SWAILS ELECTRIC CO. | | | | 1,909.48 | P.O. BOX 195 | | MCLEANSVILLE | NC | 27301 |
| JAN-PRO CLEANING SYSTEMS | | | | 373.83 | 2211 LAKE CLUB DRIVE STE 105 | | COLUMBUS | OH | 43232-3204 |
| JOHN G FINNAN | | | | 50,726.74 | 10015 N 7TH PLACE | | PHOENIX | AZ | 85020 |
| JOHN WEIKLE | | | | 310.54 | 5740 BRADLEY DRIVE | | TIPP CITY | OH | 45371 |
| JONES DAY | | | | 11,562.89 | P.O. BOX 165017 | | COLUMBUS | PA | 43216-5017 |
| JUSTIFACTS CREDENTIAL VERIFICATION, | | | | 5,746.18 | 8685 SALTSBURG ROAD | SUITE 100 | PITTSBURGH | PA | 15239 |
| L3 COMMUNICATIONS CORP | | | | 31,124.64 | 600 FRUITVILLE RD | | SARASOTA | FL | 34230 |
| LAUREN MUCK | | | | 100.00 | 22351 LASALLE RD | | PORT CHARLOTTE | FL | 33952 |
| LIVE WIRE COMMUNICATIONS | | | | 5,892.82 | 1280 EAST 36TH PLACE | | GARY | IN | 46409 |
| LUGONJA, GORAN | | | | 371.00 | 775 SOUTH 6TH STREET | | COLUMBUS | OH | 43206 |
| LUSTIG, SHARRY | | | | 1,537.00 | 3850 GALT OCEAN DRIVE | | FT. LAUDERDALE | FL | 33308 |
| LYTLE SOULE & CURLEE | | | | 10,108.63 | 1200 ROBINSON RENAISSANCE | 119 NORTH ROBINSON | OKLAHOMA CITY | OKLAHOMA | 73102 |
| MACKEY, SCOTT | | | | 371.00 | 775 SOUTH 6TH STREET | | COLUMBUS | OH | 43206 |
| MAE ST MOBILE AEROSPACE ENGINEERING | | | | 6,552.00 | ATTN: ACCOUNTS RECEIVABLE | 2100 9TH STREET | MOBILE | AL | 36615 |
| MAIOLO, ROCCO | | | | 170.00 | 1594 GRAYLING CT. | | COLUMBUS | OH | 43235 |
| MARRIOTT HOTELS & RESORTS | | | | 2,168.77 | P.O. BOX 403003 | | ATLANTA | GA | 30384-3003 |

| Creditor | Cont | Unliq | Disp | A/P Due Claim | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| MARVIN, CHARLES D. | | | | 150.00 | 59 PRIMROSE STREET | | HAVERHILL | MA | 01830 |
| MICRO CENTER | | | | 151.94 | 4055 LEAP ROAD | | HILLIARD | OH | 43026-0848 |
| MIDWEST AIRLINES | | | | 239.70 | 6744 S. HOLLOW AVE | | OAK CREEK | WI | 53154-1402 |
| MIKE LIGATOR | | | | 2,500.00 | 2909 BRYDEN ROAD | | COLUMBUS | OH | 43209 |
| MILENTHAL GROUP | | | | 15,187.81 | 250 CIVIC CENTER DRIVE | SUITE 440 | COLUMBUS | OH | 43215 |
| MILLION AIR - RIC | | | | 50.00 | 400 PORTUGEE ROAD | RICHMOND INTERNATIONAL AIRPORT | RICHMOND | VA | 23220-2417 |
| MIRABEL AERO SERVICE INC | | | | 2,430.00 | 12405 SERVICE A2 | MONTREAL INTERNATIONAL AIRPORT | MIRABEL | QUEBEC | J7N 1E4 |
| MIRABEL AERO SERVICES INC | | | | 67,611.00 | 12405 SERVICE A-2 | | MIRABEL | QC | J7N 1E4 |
| MISSISSIPPI STATE TAX COMMISSION | | | | 6,067.16 | PO BOX 960 | | JACKSON | MS | 39205 |
| NAV CANADA | | | | 770.50 | ATT: ACCOUNTS RECEIVABLE | PO BOX 9632, STATION "T" | OTTAWA ON | K1G 6H1 | CANADA |
| NAVITAIRE, INC | | | | 146,716.44 | 23604 NETWORK PLACE | | CHICAGO | IL | 60673-1236 |
| NAVTECH SYSTEMS SUPPORT, INC | | | | 10,078.42 | 295 HAGEY BLVD | SUITE 200 | WATERLOO | ONTARIO | N2L 6R5 |
| NCR | | | | 160,677.00 | ATTN: FINANCE DEPARTMENT | 200 COLONIAL CENTER PARKWAY | LAKE MARY | FL | 32746 |
| NEBRASKA CHILD SUPPORT PAYMENT CENT | | | | 200.00 | PO BOX 82890 | | LINCOLN | NE | 68501-2890 |
| NELSON MULLINS RILEY & SCARBOROUGH | | | | 7,992.50 | PO BOX 11070 | | 0 COLUMBIA | SC | 29211 |
| NELSON, ANTHONY | | | | 300.80 | 483 BEAVERBROOK | | AKRON | OH | 44333 |
| NEWS & RECORD | | | | 2,556.04 | PO BOX 60007 | | RALEIGH | NC | 27675-0007 |
| NEXT TECH NOLOGIES, INC | | | | 716,664.00 | 1050 CROWN POINTE PARKWAY | 5TH FLOOR | ATLANTA | GA | 30338 |
| NORTH CAROLINA DEPT OF REVENUE | | | | 30,864.50 | ACCOUNT 600630699 | PO BOX 25000 | RALEIGH | NC | 27640-0700 |
| NORTHWESTERN MUTUAL | | | | 816.64 | ATTN: BOB ROACH | P.O. BOX 3009 | MILWAUKEE | WI | 53201-3009 |
| NYS TAX DEPARTMENT | | | | 2,137.01 | P.O. BOX 1833 | | ALBANY | NY | 12201-1833 |
| OFFICE MAX | | | | (72.88) | P.O. BOX 101705 | | ATLANTA | GA | 30392-1705 |
| OHIO CHILD SUPPORT PAYMENT CENTRAL | | | | 776.16 | PO BOX 182394 | | COLUMBUS | OH | 43218 |
| OHIO DEPARTMENT OF TAXATION | | | | 5,304.10 | P.O. BOX 16561 | | COLUMBUS | OH | 43216-6561 |
| OLIVER, JOE L. | | | | 45.00 | 5648 QUINN CT. | | WESTERVILLE | OH | 43081 |
| ONBOARD CATERING | | | | 9,077.75 | PO BOX 1471 | | PORTSMOUTH | NH | 03802 |
| OKR SAFETY CORPORATION | | | | 1,159.65 | 11601 INTERCHANE DR | | LOUISVILLE | KY | 40229 |
| PACIFIC NORTHWESTERN AVIATION OAKLAND | | | | 14,135.00 | PO BOX 66205 | | SEATTLE | WA | 98168 |
| PACKAGE DELIVERY SERVICE | | | | 125.50 | P.O. BOX 371192 | | MILWAUKEE | WI | 53237-8998 |
| PEMBROOKE OCCUPATIONAL HEALTH | | | | 5,973.50 | PO BOX 75169 | | BALTIMORE | MD | 21275-5169 |
| PIEDMONT TRIAD AIRPORT AUTHORITY | | | | 75,983.45 | PO BOX 35445 | | GREENSBORO | NC | 27425 |
| PK AIRFINANCE | | | | 298,892.70 | 400 MADISON AVE SUITE 9C | | NEW YORK | NY | 10017 |
| PORT AUTHORITY OF NY & NJ | | | | 48,433.60 | 225 PARK AVENUE SOUTH | | NEW YORK | NY | 10003 |
| PORT CITY AIR | | | | 143,264.34 | 104 GRAFTON DRIVE | | PORTSMOUTH | NH | 03801 |
| PORT COLUMBUS PARKING | | | | 7,626.00 | L-2071 | | COLUMBUS | OH | 43260-2071 |
| PORT OF OAKLAND-AIRPORT PROPERTIES | | | | 14,817.59 | EVA & YEE | | OAKLAND | CA | 94621 |
| PRIMEFLIGHT AVIATION SERVICES, INC | | | | 12,282.22 | PO BOX 643780 | | CINCINNATI | OH | 45264-3780 |
| PURCHASE POWER | | | | 84.84 | PO BOX 856042 | | LOUISVILLE | KY | |
| PUTHOFF, DONNA J. | | | | 1,500.00 | 510 LOCKERBIE LANE | | KETTERING | OH | 45429 |
| QUALITY ASSURED CLEAING | | | | 1,952.49 | PO BOX 1250 | | POWELL | OH | 43065-1250 |
| QUICKFLIGHT | | | | 143,806.71 | 1400 N. FORBES | | LEX | KY | 40511 |
| QWEST | | | | 117.50 | PO BOX 17360 | | DENVER | CO | 80217-0360 |
| REPUBLIC WASTE SERVICES | | | | 215.75 | PO BOX 9001831 | | LOUISVILLE | KY | 40290-1831 |
| RESIDENCE INN GREENSBORO AIRPORT | | | | 111.62 | 7616 THORNDIKE ROAD | | GREENSBORO | NC | 27409 |
| RICHARDS GROUP | | | | 197,289.12 | 8750 N CENTRAL EXPRESSWAY | SUITE 1200 | DALLAS | TX | |
| ROBERT HALF TECHNOLOGY | | | | 9,360.97 | 12400 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 |
| ROCK PAPER DATA, INC. | | | | 30,375.00 | 327 E 6TH AVE. | | WINDERMERE | FL | 34786 |
| Rodwell Collins Inc | | | | 1,286.80 | Dallas Service Center | 8304 Esters Blvd. Suite 850 | Irving | TX | 75063-2209 |
| ROYAL ELECTRIC CONSTRUCTION CORP. | | | | 16,774.56 | 1250 MEMORY LANE | | COLUMBUS | OH | 43209-2736 |
| SADIE CONSULTING LLC | | | | 7,500.00 | 191 WEST NATIONWIDE BLVD | STE. 600 | COLUMBUS | OH | 43215 |
| SAN DIEGO COUNTY REGIONAL AIRPORT | | | | 8,469.19 | TREASURY'S OFFICE | PO BOX 81323 | SAN DIEGO | CA | 92138-1323 |
| SCHOEN, RICHARD L. | | | | 534.44 | 7618 HAVERHILL LANE | | MAINEVILLE | OH | 45039 |
| SDV (USA) INC. | | | | 197.93 | ATTN: SK4/01 | PO BOX 91620 | LOS ANGELES | CA | 90009 |
| SEACOAST AVIATION AIR CARGO | | | | 8,058.00 | 139 FLIGHTLINE AVENUE, STE. 3 | | PORTSMOUTH | NH | 03801 |
| SECRETARY OF STATE | | | | 25.00 | STATEMENT OF INFORMATION UNIT | PO BOX 944230 | SACRAMENTO | CA | 94244-2300 |
| SHERRY FRONTENAC HOTEL | | | | 4,866.91 | 6565 COLLINS AVE | | MIAMI BEACH | FL | 33141 |
| SKYSERVICE AIRLINES INC | | | | 34,176.67 | 2450 DERRY ROAD EAST | | MISSISSAUGA | ON | L5S 1B2 CA |

| Creditor | Cont | Unliq | Disp | A/P Due Claim | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| SKYWORKS CAPITAL LLC | | | | 8,157.35 | 283 GREENWICH AVENUE | 4TH FLOOR | GREENWICH | CT | 06830 |
| SMITH, GAMBRELL & RUSSELL, LLP | | | | 66,346.25 | SUITE 3100, PROMENADE II | 1230 PEACHTREE ST NE | ATLANTA | GA | 3030-3592 |
| SOLAR | | | | 1,255.00 | 13442 SW 131 ST | | MIAMI | FLO | 33186 |
| SOUNDAR INC | | | | 1,768.60 | 1826 BICKFORD AVE | | SNOHOMISH | WA | 98290 |
| SOURCESPEED, LLC | | | | 175,250.00 | 420 WOLFE STREET | | ALEXANDRIA | VA | 22314 |
| SPRINT | | | | 321.85 | PO BOX 4181 | | CAROL STREAM | IL | 60197-4181 |
| ST JOHNS COUNTY PROPERTY APPRAISER | | | | 288.22 | 4030 LEWIS SPEEDWAY, SUITE 203 | | ST AUGUSTINE | FL | 32084-8637 |
| STAPLES BUSINESS ADVANTAGE | | | | 1,179.66 | DEPT DET2368 | PO BOX 83689 | CHICAGO | IL | 60696-3689 |
| STARLINE SYSTEMS, INC | | | | 106.67 | 545 THIRD ST | | MANHATTAN BEACH | CA | 90266 |
| STARR ELECTRIC COMPANY, INC | | | | 9,586.77 | P.O. BOX 9298 | | GREENSBORO | NC | 27429-0298 |
| STATE OF FLORIDA DISBURSEMENT UNIT | | | | 343.50 | SBOO0997FD52 | PO BOX 8500 | TALLAHASSEE | FL | 32314-8500 |
| STATE TAX COMMISSION OF MISSOURI | | | | 68,679.30 | PO BOX 146 | | JEFFERSON CITY | MO | 65102-0146 |
| STATE-WIDE DELIVERY SERVICE, LLC | | | | 6,004.96 | 4391 INTERNATIONAL GATEWAY | SUITE 145 | COLUMBUS | OH | 43219 |
| STAT-MD CENTER FOR EMERGENCY MEDICI | | | | 1,400.00 | PO BOX 223016 | | PITTSBURGH | PA | 15251-2016 |
| STEINERT, ERIC | | | | 409.00 | 123 GILBERT ROAD | | BELMONT | WA | 02478 |
| STERLING COURIER SYSTEMS | | | | 457.26 | PO BOX 35418 | | NEWARK | NJ | 07193-5418 |
| SUPERIOR AIRCRAFT SERVICES, INC. | | | | 3,118.50 | 1150 LEE WAGENER BLVD. | STE. 201 | FT. LAUDERDALE | FL | 33315 |
| SZD WHITEBOARD | | | | 7,500.00 | L-2461 | | COLUMBUS | OH | 43260-2461 |
| TENNESSEE SECRETARY OF STATE | | | | 7,275.00 | ATTN: ANNUAL REPORT | 312 EIGHTH AVE N 8TH FLOOR | NASHVILLE | TN | 37243 |
| TERRA'S DALLASWEAR | | | | 5,900.00 | 3611 GREENVILLE | | DALLAS | TX | 75206 |
| THALES AVIONICS INC | | | | 2,132.00 | RETROFIT MANAGEMENT | 3920 PARK AVENUE | EDISON | NJ | 08820 |
| TIMCO | | | | 27,598.51 | 623 Radar Road | | Greensboro | NC | 27410 |
| TIME WARNER TELECOM | | | | 361.07 | PO BOX 172567 | | DENVER | CO | 80217-2567 |
| TITAN ELECTRICAL CONSTRUCTION | | | | 9,246.00 | 5737 WESTBOURNE AVE | | COLUMBUS | OH | 43123 |
| TMH CANADA, INC | | | | 1,860.00 | 628 CURE BOIBIN | | BOISBRIAND | QUEBEC | J7G 2A7 |
| TRITEX CORPORATION | | | | 600.00 | 1390 HOLLY AVE | | COLUMBUS | OHIO | 43212-3115 |
| T'S JANITORIAL SERVICE | | | | 321.50 | 1545 E. 75TH ST. | | KANSAS CITY | MO | 64131 |
| UNIFORM GROUP | | | | 13,471.33 | P.O. BOX 643783 | | CINCINNATI | OH | 45264-3783 |
| UNITED AIRLINES, INC. | | | | 4,816.01 | P.O. BOX 74688 | | CHICAGO | IL | 60675-4688 |
| UNM | | | | 5,366.12 | PO BOX 406990 | | ATLANTA | GA | 30384-6990 |
| URS CORPORATION | | | | 136.83 | DEPT. 1028 | PO BOX 121028 | DALLAS | TX | 75312-1028 |
| USA 3000 AIRLINES | | | | 1,000.00 | 335 BISHOP HOLLOW ROAD | SUITE 100 | NEWTOWN SQUARE | PA | 19073 |
| VERIZON | | | | 803.34 | PO BOX 1 | | WORCESTER | MA | 01654-0001 |
| VERIZON ONLINE | | | | 1,136.70 | P.O. BOX 12045 | ACCT # 008081970754 | TRENTON | NJ | 08650-2045 |
| VERIZON WIRELESS | | | | 273.04 | PO BOX 25505 | | LEHIGH VALLEY | PA | 18002-5505 |
| VidTronix, LLC | | | | 229,826.90 | 24701 WEST 63RD STREET | | SHAWNEE | KS | 66226 |
| VIRGIN AMERICA, INC. | | | | 245.77 | DEPARTMENT OF MOTOR VEHICLES | PO BOX 27412 | RICHMOND | VA | 23269 |
| VIRGINIA DEPARTMENT OF MOTOR VEHICL | | | | 5,019.99 | 720 OLD WILLETS PATH | | HAUPPAUGE | NY | 11788 |
| VISION ONTON CORP | | | | 3,555.56 | DEPT 892232 | PO BOX 122232 | DALLAS | TX | 75312-2232 |
| VISUAL SCIENCES, INC | | | | 9,018.35 | 4300 VENTURE 6729 LLC | DEPT. L-2845 | COLUMBUS | OH | 43260-2845 |
| VOLUNTEER ENERGY SERVICES | | | | 14,498.39 | P.O. BOX 73487 | | CLEVELAND | OH | 44193 |
| VORYS, SATER, SEYMOUR & PEASE LLP | | | | 1,062.11 | 550 SCHROCK ROAD | | COLUMBUS | OH | 43229 |
| WATERWORKS | | | | 389.00 | 2899 HILLIARD ROME RD | | HILLIARD | OH | 43026 |
| WAYAC INC | | | | 8,000.00 | | | DUBLIN | | IRELAND |
| WHITBY CONSULTING LTD | | | | 89.99 | 360 A PARKVIEW DRIVE | | COLUMBUS | OH | 43202 |
| WILLS, SARAH A. | | | | 209.00 | 469 EAST WALNUT STREET | | MILFORD | MA | 01757 |
| WILSON, EMILY | | | | 68,245.77 | 30 CAMINO DRIVE SUITE C | ATTN: Neil Foley | CONCORD | MA | 01742 |
| WINGSPEED CORP. | | | | 770.76 | P.O. BOX 36549 | | RICHMOND | VA | 23261-6549 |
| WINSTON-SALEM JOURNAL | | | | 9,309,676.05 | 2458 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674-2458 |
| WIZMO FUEL MANAGEMENT | | | | 337.49 | WWE COLUMBUS | PO BOX 501760 | INDIANAPOLIS | IN | 46250 |
| WORLDWIDE EXPRESS | | | | | | | | | |

Skybus Airlines, Inc.
Statement of Financial Affairs
Unsecured Liabilities

Schedule F - SUMMARY SHEET

| Liability | | Balance | Comments |
|---|---|---|---|
| AP-trade | $ | 16,592,364.59 | Trade payables - invoiced [see attached listing] |
| Accounts Payable - Accruals | $ | 1,967,721.46 | Trade accruals - uninvoiced [see attached listing] |
| Accrued Catering-Duty Free World | $ | 4,775.30 | Accrued catering |
| Garnishments- Corporate | $ | (2,661.92) | Over remittance of child support |
| Accrued Insurance-other | $ | 11,281.74 | Miscellaneous insurance premium accruals |
| Deferred Revenue-Corporate | $ | 290,060.43 | Advances for advertising |

| Total Schedule F | $ | 18,863,541.60 |

B 6G (Official Form 6G) (12/07)

In re SKYBUS Airlines, Inc.                    ,          Case No. 08 - 10637 (CSS)
              **Debtor**                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See Attached | |
| | |
| | |
| | |
| | |
| | |

## SCHEDULE G: EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address (including zip code of other parties to lease or contract) | Description of Contract or Lease (nature of debtor's interest, state whether lease is for nonresidential real property, state contract number of any government contract) |
|---|---|
| CFM International, Inc<br>One Neumann Way, MD 141<br>Cincinnati, OH 45251-1988<br>Attn Customer Support Manager<br>Fax: 513-552-2338 | Engine purchase agreement |
| Rossiya Airlines<br>STC Russia<br>18/4 Pilotov Street<br>Saint Petersburg, Russia<br>Attn: Sergey Y. Mikhalchenko | Letter of Intent for the sale of One Airbus A319-114 Aircraft, MSN 649, by Skybus to Rossiya Airlines |
| PK Airfinance US, Inc.<br>400 Madison Ave, Ste 9C<br>New York, NY 10017<br>Attn: Customer Services | Credit Agreement |
| Aircraft Management Technologies, Ltd<br>1 The Green, Malahide<br>Co Dublin<br>Ireland<br>Attn Stephen Hardgrave, AMT<br>FAX 353-1-806-1025 | Electronic Flight Bag |
| Bucher Leichtbau AG<br>Industriestrasse 1a<br>8117 Fallanden, Switzerland | Galley Program Purchase Agreement |
| BRZ, Inc.<br>805 S Glynn St<br>Ste 127 #337<br>Fayetteville, GA 30214<br>Ph: 678-464-8477 | Pulse+ software agreement |
| DTN Meteorlogix<br>11400 Rupp Drive<br>Minneapolis, MN 55337<br>Ph 952-890-0609 | Meteorological Services |
| Flight Explorer<br>7925 Jones Branch Drive<br>Suite 1200<br>McLean, VA 22102<br>703-790-1124 | Navigation and Weather Services |
| Global-BMC, LC<br>303 Arthur St<br>Fort Worth, Texas 76107 | Standby Disaster Response |
| Honeywell International, Inc.<br>Mail Stop I33B3<br>2111 N 19th Ave<br>Phoenix, AZ 85027-2708<br>Attn: Ms Lorie Brown<br>Ph: 602-436-9044 | Navigational database service agreement |

| Name and Mailing Address | Description of Contract or Lease |
| --- | --- |
| Jouve<br>17671 Cowan Ave<br>Ste 200<br>Irvine, CA 92614 | Data management and hosting, software licenses |
| NCR Self-Service, LLC<br>(formerly Kinetics)<br>200 Colonial Center Pkwy<br>Ste 300<br>Lake Mary, FL 32746 | Equipment, software licenses, services |
| Navtech Systems Support Inc<br>175 Columbia Street West<br>Ste 102<br>Waterloo, ONT<br>Canada, N2L 5Z5 | Flight Operations Services (Dispatch PRO and V1Plus Datasource) |
| RECARO Aircraft Seating Inc<br>2275 Eagle Parkway<br>Alliance Airport<br>Fort Worth, TX 76177<br>Attn Vailshali Paliwal<br>Ph 817-490-9160 | Aircraft Seat Purchase Agreement and ongoing maintenance and warranty |
| Rockwell Collins UK Limited<br>Attn Mr Graham Crook<br>Suttons Business Park<br>READING<br>Berkshirt, RG6 1LA<br>UK<br>Ph +44 0 118 935 9044 | Hermes software and services |
| STAT MedEvac / STAT-MD<br>10 Allegheny County Airport<br>West Mifflin, PA 15122<br>Attn James F Bothwell | Medical consultation and resource services |
| Thales Avionics, Inc<br>3920 Park Ave<br>Edison, NJ 08820<br>Attn: RSM in charge | Aviation equipment maintenance agreement |
| WebSideStory<br>10182 Telesis Court<br>San Diego, CA 92121 | Website analytics and reporting |
| Wingspeed Corporation<br>30 Domino Drive<br>Concord, MA<br>Ph: 978-318-0600 | Aircraft communications equipment and services purchase agreement |
| The Richards Group<br>8750 N Central Expressway<br>Ste 1200<br>Dallas, TX 75231<br>Attn: Mr Scot Dykema<br>Fax: 214-891-5289 | Advertising |
| GE Engine Services, Inc<br>GE Strother Field<br>PO Box 797<br>Arkansas City, KS 67005<br>Attn: John MacCaulay<br>Phone: 316-442-4400 X 4200 | Engine maintenance total support program, and related amendments |
| Goodyear | Tire support program |

| Name and Mailing Address | Description of Contract or Lease |
|---|---|
| Honeywell International, Inc<br>Air Transport & Regional Airlines<br>1300 West Warner Rd<br>Tempe, AZ 85284<br>Attn: Contracts Department | APU service agreement |
| Iron Mountain<br>2120 Buzick Dr<br>Obetz, OH 43207 | Records management services |
| World Fuel Services<br>9800 NW 41st St, Ste 400<br>Miami, FL 33178<br>Attn: Patricia Carbaugh<br>Fax: 305-392-5613 | Fuel Services Support Agreement |
| DAL Global Services<br>980 Virginia Ave, 4th Floor<br>Atlanta, GA 30354 | Standard ground handling<br>agreement; various locations (CMH,<br>GSO, FLL, MCI) |
| ExpressJet Airlines, Inc<br>4750 World Houston Parkway<br>Ste 200<br>Houston, TX 77032 | Standard ground handling<br>agreement, Milwaukee (MKE) |
| G2 Secure Staff LLC<br>3625 W Royal Lane, Ste 125<br>Irving, TX 75063<br>Attn: Linda Hill, CFO<br>Fax: 972-915-1296 | Airport shared services staffing<br>service |
| Lane Aviation Corporation<br>4389 International Gateway<br>Columbus, OH 43219 | Back-up deicing services |
| Pacific Western Aviation Oakland, LLC<br>PO Box 69285<br>Seattle, WA 98168 | Standard ground handling<br>agreement, San Diego (SAN) and<br>Bellingham, WA (BLI) |
| QuickFlight<br>11013 Airport Highway<br>Swanton, OH 43558 | Standard ground handling<br>agreement, various locations. (PSM,<br>PGD, SWF) |
| United Air Lines, Inc<br>1200 East Algonquin Rd<br>Elk Grove Township, IL 60007 | Standard ground handling agreement |
| ComDoc<br>P.O. Box 908<br>Akron, OH 44309-0908<br>(330) 899-8000 | Printer lease |
| Excel Micro<br>416 E Baltimore Pike<br>Media, PA 19063 | Postini email protection purchase<br>agreement |
| Abanco<br>10255 W Higgins, Ste 500<br>Rosemount, IL 60018 | Software service and license<br>agreement |
| S&G Bast, dba Catering by Scott<br>2980 East Broad<br>Columbus, OH 43209 | Catering services agreement |
| Duty Free World<br>Miami, FL<br>Ph: 305-362-9555 | Concession agreement |

| Name and Mailing Address | Description of Contract or Lease |
|---|---|
| Gate Gourmet<br>11710 Plaza America Drive, Ste 800<br>Reston, VA 20190<br>Fax: 703-964-2433<br>Attn: Legal Department | Services agreement |
| Gate Safe, Inc<br>4751 Best Road, Ste 480<br>Atlanta, GA 30337<br>Attn: Legal Department<br>Fax: 404-761-1324 | Services agreement |
| Osborne Charles Group<br>2511 Marion Mt Gilead Rd<br>Marion, OH 43302<br>Attn: Ranjit Charles<br>Ph: 740-386-2166 | Professional services and software license agreement |
| Navitaire<br>901 Marquette Ave, Ste 1600<br>Minneapolis, MN 55402-3210<br>Fax: 612-317-7075<br>Attn: Controller | Hosted software services (reservations, revenue management, web, revenue accounting, and operations systems) |
| Piedmont Triad Airport Authority.<br>P.O. Box 35445<br>Greensboro, NC 27425 | 1)Airport use agreement and lease (12/31/08); 2) catering lease (month to month) and 3) Equipment Lease (12/31/08) |
| Columbus Regional Airport Authority.<br>4600 Intl. Gateway<br>Columbus OH 43219 | Signatory Airline operating agreement and lease. |
| Delaware River and Bay Authority.<br>151 N. DuPont Highway<br>New Castle, Delaware 19720. | Airport use and lease agreement. |
| Pease Development Authority.<br>360 Corporate Drive<br>Portsmouth, NH 03801 | Terminal lease and airport operating agreement. |
| Western Massachusetts Economic Development Corporation.<br>255 Padgette Street, Suite One,<br>Chicopee, MA 01022 | Airport Charges and Operating agreement |
| Milwaukee County<br>C/O General Mitchell Intl. Airport.<br>Box # 78979 Milwaukee, WI 53287-0979 | Per use Airport Operating agreement. |
| Chattanooga Metropolitan Airport Authority.<br>1001 Airport Road, Chattanooga, TN 37421. | Agreement for Service, Airport use, and Equipment use. |
| Kansas City Intl. Airport.<br>601 Brasilia Avenue, Kansas City,<br>Missouri 64195 | Use and Lease agreement. |
| Burbank-Glendale-Pasadena Airport Authority, 2627 Hollywood Way,<br>Burbank, CA 91505 | 1) Airport use agreement; 2) Kiosk Agt. And 3) Equipment Maintenance Agt |
| The City of Oakland.<br>Oakland Intl. Airport 9532 Earhart Road,-<br>Suite 201, Oakland, CA 94621 | Airline Operating agreement |

| Name and Mailing Address | Description of Contract or Lease |
|---|---|
| St. Augustine-St. Johns County Airport Authority. 4796 US 1 North St. Augustine FL 32095 | Airport Charges and Operating Agreement. |
| Broward County Aviation Department. Ft. Lauderdale-Hollywood Intl. Airport 100 Aviation Blvd. Ft. Lauderdale FL 33315 | Field Use Agreement |
| Capital Region Airport Commission, Richmond Intl. Airport. 1 Richard E. Byrd Terminal Drive Richmond Intl. Airport VA 23250-2400 | Non-Signatory Airport use agreement |
| Charlotte County Airport Authority Airport and Commercial Park 28000 A-1 Airport Road Punta Gorda FL 33982 | Airport use agreement |
| Avis-Budget Car Rental Services 6 Sylvan Way Parsippany, NJ 07054 (F) 973.496.3583 | Cooperative Agreement |
| Hotelscorp.com, LCC 6501 Windhover Dr. Orlando, FL 32819 | Cooperative Marketing Agreement |
| IDT Venture Capital – DBA IDT Jets 494 Broad St. #624 Newark, NJ 7365 Main St. #324 Stratford, CT 06614 800.461.5509 | Cooperative Agreement Skybus-branded merchandise purchased through Internet Skybus Website |
| IDT Venture Capital – DBA IDT Jets 494 Broad St. #624 Newark, NJ 7365 Main St. #324 Stratford, CT 06614 800.461.5509 | Marketing/Sale Agreement Skybus-branded merchandise purchased through Internet Skybus Website |
| ESubstance Limited 141-143 Shoreditch High St. London, England E16JE | Magazine Publication Agreement |
| InterAir Media 1700 Meridian Ave. #407 Miami, FL 33139 F) 413.723.6577 | Marketing/Advertising Broker Advertising Brokerage Services |
| Parking Company of America Airport Parking Marketing 8255 Firestone Blvd. Downey, CA 90241 176-192 McClellan St. Newark, NJ 07114 973.297.0430 | Airport Parking Marketing Agreement - provide Skybus customers with online service – discount off-airport parking accommodations |
| Ticket Network Direct–Ticket Software 137 Bolton Rd. Vernon, CT 06066 860.870.3400 | Ticket web site – ticket direct display |

| Name and Mailing Address | Description of Contract or Lease |
|---|---|
| Travel Ad Network<br>291 Broadway #1407<br>NY, NY 10007<br>212.267.0747 | Internet Advertising Company –<br>selling/managing advertising on the<br>Internet through websites |
| Tourico Holidays<br>220 E. Central Pkwy. #4010<br>Altamonte Sps., FL 32701<br>407.667.8700 | Program agreement –<br>marketing/selling travel inventory<br>booking service |
| 4300 Venture 34910 LLC<br>1798 Frebis Ave<br>Columbus, OH 43206-0410 | Office space lease; 20,000 sq ft |
| 4300 Venture 6729 LLC<br>1798 Frebis Ave<br>Columbus, OH 43206-0410 | Industrial space lease (hangar);<br>79,686 sq ft |
| Virgin America Inc.<br>Attn: Bob Dana, CFO<br>555 Airport Blvd. Ste.200<br>Burlingame, CA 94010<br>Phone: 650-548-2570<br><br>AFS Investments 67 LLC<br>c/o GE Commercial Aviation Services<br>LLC<br>201 High Ridge Road<br>Stamford, CT 06927 | Limited Availability Agreement:<br>aircraft sub-lease, MSN 2773,<br>executed Dec 1, 2006.<br><br>Owner/headlessor AFS Investments<br>67 LLC |
| Virgin America Inc.<br>Attn: Bob Dana, CFO<br>555 Airport Blvd. Ste.200<br>Burlingame, CA 94010<br>Phone: 650-548-2570<br><br>AFS Investments 67 LLC<br>c/o GE Commercial Aviation Services<br>LLC<br>201 High Ridge Road<br>Stamford, CT 06927 | Aircraft Sublease Agreement, MSN<br>2773, amended August 7, 2007<br><br>Owner/headlessor AFS Investments<br>67 LLC |
| Virgin America Inc.<br>Attn: Bob Dana, CFO<br>555 Airport Blvd. Ste.200<br>Burlingame, CA 94010<br>Phone: 650-548-2570<br><br>AFS Investments 67 LLC<br>c/o GE Commercial Aviation Services<br>LLC<br>201 High Ridge Road<br>Stamford, CT 06927 | Limited Availability Agreement:<br>aircraft sub-lease, MSN 2811,<br>executed February 5, 2007.<br><br>Owner / Head Lessor:<br>AFS Investments 67 LLC |

CORP\1295780.2

| Name and Mailing Address | Description of Contract or Lease |
|---|---|
| Virgin America Inc.<br>Attn: Bob Dana, CFO<br>555 Airport Blvd. Ste.200<br>Burlingame, CA 94010<br>Phone: 650-548-2570<br><br>AFS Investments 67 LLC<br>c/o GE Commercial Aviation Services LLC<br>201 High Ridge Road<br>Stamford, CT 06927 | Aircraft Sublease Agreement, MSN 2811, amended August 7, 2007<br><br><br><br>Owner / Head Lessor:<br>AFS Investments 67 LLC |
| Skyservice Airlines Inc.<br>31 Fasken Drive<br>Etobicoke, ONT<br>Canada M9W 1K6<br>Phone: 416-679-5700<br>Fax: 416-679-5920<br>Attn: President and COO<br>Cc: General Counsel | Aircraft sublease agreement, MSN 1884<br>Executed April 13, 2007, amended May 1, 2007<br><br>Owner / Head Lessor:<br>International Lease Finance Corporation |
| Skyservice Airlines Inc.<br>31 Fasken Drive<br>Etobicoke, ONT<br>Canada M9W 1K6<br>Phone: 416-679-5700<br>Fax: 416-679-5920<br>Attn: President and COO<br>Cc: General Counsel | Aircraft sublease agreement, MSN 1901<br>Executed March 21, 2007, amended May 1, 2007<br><br>Owner / Head Lessor:<br>International Lease Finance Corporation |
| International Lease Finance Corp<br>10250 Constellation Blvd<br>34th Floor<br>Los Angeles, CA 90067<br>Attn: David de Mars | Aircraft Lease Agreement<br>MSN 1884, dated May 31, 2007 |
| International Lease Finance Corp<br>10250 Constellation Blvd<br>34th Floor<br>Los Angeles, CA 90067<br>Attn: David de Mars | Aircraft Lease Agreement<br>MSN 1901, dated June 6, 2007 |
| Air Canada<br>Air Canada Centre<br>730 Cote-Vertu West<br>Bldg 4, 5th Flr, ZIP 1454<br>PO Box 9000, Station Airport<br>Dorval, QC H4Y 1C2<br>Attn: Sr Director, Aircraft Programs<br>Fax: 514-422-7040<br><br>Wells Fargo Bank Northwest, N.A.<br>299 South Main St, 12th Flr<br>Salt Lake City, UT 84111 | Aircraft Sublease Agreement, MSN 1963, dated October 5, 2007<br><br><br><br><br>Owner / headlessor:<br>Wells Fargo Bank Northwest, N.A. |

| Name and Mailing Address | Description of Contract or Lease |
|---|---|
| Air Canada<br>Air Canada Centre<br>730 Cote-Vertu West<br>Bldg 4, 5th Flr, ZIP 1454<br>PO Box 9000, Station Airport<br>Dorval, QC H4Y 1C2<br>Attn: Sr Director, Aircraft Programs<br>Fax: 514-422-7040 | Aircraft Sublease Agreement, MSN 1853 |
| Wells Fargo Bank Northwest, N.A.<br>299 South Main St, 12th Flr<br>Salt Lake City, UT 84111 | Owner / headlessor:<br>Wells Fargo Bank Northwest, N.A. |
| AerCap B.V.<br>Avioport Building<br>Evert van de Beeksraat 312<br>1118 CX Schiphol Airport<br>The Netherlands<br><br>Wells Fargo Bank Northwest, N.A.<br>299 South Main St, 12th Flr<br>Salt Lake City, UT 84111<br>Attn: Corporate Trust Department<br>Ph: 801-246-5630<br>Fax: 801-246-5053 | Aircraft Operating Lease Agreement, dated September 25, 2006, for six aircraft with delivery dates and MSNs, where applicable, as follows:<br>June 2007; MSN 3171<br>Nov 2007; MSN 3309<br>Dec 2007; MSN 3331<br>Feb 2008; MSN 3388<br>March 2008; MSN 3385<br>June 2008; MSN TBD |

In re  SKYBUS Airlines, Inc.                    ,          Case No.  08 - 10637 (CSS)
                    Debtor                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re __SKYBUS Airlines, Inc._____ ,
      Debtor

Case No. __08 - 10637 (CSS)__
          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____
                                  Debtor

Date _____

Signature: _____
                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,           Social Security No.
of Bankruptcy Petition Preparer                 (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address _____

X _____
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the __CHIEF FINANCIAL OFFICER__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __SKYBUS AIRLINES, INC., Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date   __MAY 5. 2008__

Signature: _____
            __BARRY G. BARNARD__ , CFO
            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

Chapter 11

SKYBUS AIRLINES, INC.,

Case No. 08-10637 (CSS)

Debtor.

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODS AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Skybus Airlines, Inc. ("Debtor") is filing its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its court-appointed counsel, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtor's Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in and comprise an integral part of, all the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.

The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accurance and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, the Debtor is unable to warrant or represent that the Schedules and Statements are without inadvertent errors, omissions or inaccuracies. The Debtor reserves all rights to amend or supplement its Schedules and Statements as is necessary and appropriate.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 cases including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

1.   **Description of the Cases**. On April 15, 2008 (the "Petition Date"), the Debtor commenced the above-captioned case (the "Chapter 11 Case") by filing a petition in the Bankruptcy Court under chapter 11 of the Bankruptcy Code. On April 18, 2008, the United States Trustee for the District of Delaware appointed an official committee of unsecured

creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee"). Unless otherwise indicated, all information is as of the Petition Date.

      2.    **Basis of Presentation**. While these Schedules and Statements may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Statements and Schedules neither purport to represent financial statements prepared in accordance with GAAP. Given the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date.

      3.    **Insiders**. For the purposes of the Schedules and Statements, the Debtor defines "insider" as any individual who has served as an officer or director of the Debtor within the one-year period to the Petition Date. Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

      4.    **Amendment**. While the Debtor made reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement its Schedules and Statements as is necessary and appropriate.

      5.    **Recharacterization**. Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

      6.    **Undetermined Amounts**. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

      7.    **Consolidation of Certain Information**. Information that is provided on a consolidated basis is specifically indicated in the applicable Schedule and/or Statement. The listing of information on a consolidated basis is not, and should not be interpreted as, an admission or view as to the appropriateness of substantive consolidation. The Debtor reserves all rights to amend or supplement its Schedules and/or Statements which reflect information on a consolidated basis in order to present such information on an unconsolidated basis as is necessary and appropriate.

      8.    **Estimates**. To close timely the books and records of the Debtor as of the Petition Date, the Debtor was required to make certain estimates and assumptions, relating primarily to accruals and reserves that affect the reported amounts of assets and reported revenue and

2

expenses as of the Petition Date.

9. **Totals**. All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

10. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a. **Foreign Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

b. **Current Market Value – Net Book Value**. In certain instances, current market valuations are neither maintained by nor readily available to the Debtor. Accordingly, unless otherwise indicated, net book values are reflected on the Debtor's Schedules and Statements. For this reason, amounts ultimately realized will vary, at some times materially, from net book value. Additionally, the amount of certain liabilities may be "Unknown" or "Undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

c. **Trade Accounts Payable**. Trade accounts payable are shown in an amount which is the sum of (i) the amount of the verified unpaid obligation as reflected on the Debtor's books and records and (ii) an unverified component which represents goods and services received but for which the corresponding invoice has not yet been received and reconciled ("RNI"). Not all vendor amounts include a RNI component; however, for those that do, while the Debtor anticipates that its books and records are accurate, such amounts are listed as contingent and unliquidated.

d. **Paid Claims / Certain Accruals**. The Bankruptcy Court has authorized the Debtor to pay certain outstanding prepetition claims pursuant to certain "first day" orders. The Debtor has excluded claims paid pursuant to this authority from the Schedules. To the extent that the Debtor pays any of the claims listed in the Schedules pursuant to these "first day" orders (or any other orders entered by the Bankruptcy Court), the Debtor reserves all rights to amend or supplement its Schedules and Statements as is necessary and appropriate.

e. **Inventory**. Inventory, where applicable, is presented without consideration for any potential warehousemens', mechanics', materialmens', possessory or other similar liens asserted under applicable law.

f. **Setoffs**. The Debtor routinely incurs setoffs from customers during the ordinary course of business. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be

3

particularly voluminous, making it unduly burdensome and costly for the Debtor to list all such normal setoffs. Therefore, such normal setoffs are excluded from the Debtor's Schedules and Statements.

11. **Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "unsecured priority" or (c) on Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

12. **Claims Description**. Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves all rights to dispute any claim reflected on its respective Schedules on any grounds including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

13. **Causes of Action**. The Debtor, despite reasonable efforts, may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules and Statements. The Debtor reserves all rights with respect to any causes of action and nothing in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

14. **Schedule D – Creditors Holding Secured Claims**. Except as otherwise agreed pursuant to a stipulation and agreed order or general order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposit posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

15. **Schedule F – Creditors Holding Unsecured Nonpriority Claims**. Schedule F includes certain deferred charges, deferred liabilities or general reserves. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. Where possible, such accruals are attributed to a specific creditor; where such detail is not available, the obligation is presented on a balance sheet account basis. In all instances, the obligations have been marked as contingent and unliquidated.

4

Certain creditors owe amounts to the Debtor and, as such, may have valid setoff and recoupment rights with respect to such amounts. The Debtor has not reviewed the validity of any such setoff rights and hereby reserves all rights to challenge such setoff and recoupment rights. Nevertheless, in scheduling the claims of such creditors, the Debtor may have factored in the amounts owed by such creditors to the Debtor and has reduced the scheduled claims accordingly. In other cases, the Debtor has not reduced the scheduled claims to reflect any such right of setoff or recoupment, although where practicable the Debtor has indicated that the scheduled claims are contingent in recognition of a potential setoff or recoupment. The scheduling of any claim or amount owed at a net value is not a waiver of any right to challenge the creditor's right to offset, recoup or net amounts owed against amounts that may be owed to the Debtor.

16.     **Schedule G – Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred.  Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contact or agreement was in effect on the Petition Date or is valid or enforceable.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved.  Additionally, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, amendments/letter agreements and confidentiality agreements.  Such documents may not be set forth in Schedule G.  The Debtor reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.

Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract, or agreement or lease is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

5