OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by
the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Skybus Creditors Trust | Bank Name: | Huntington National Bank |
| Bankruptcy No.: | 08-10637 (CSS) | Account No.: | ending with 0914 |

| | | | |
|---|---|---|---|
| Confirmation Date: | 15-May-09 | Account Type: | Trust Expense Investment Account |
| Reporting Period: | 30-Sep-10 | | |

| | | |
|---|---|---:|
| Beginning Cash Balance | $ | 176,645 |
| All receipts received by the Debtor: | | |
| Initial funding - transfer from Debtor | | |
| Investment Income | $ | 4 |
| Return of Deposits | | |
| Other Recoveries | $ | - |
| Total of Cash Received | $ | 4 |
| Total of cash available | $ | 176,649 |
| Less all disbursements or payments ( including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan excluding the administrative claims of professionals | | |
| Disbursements made pursuant to administrative claims of professionals | $ | - |
| Adjustment for Prior Period disbursement | $ | - |
| Transfer to General Unsecured Account | $ | (54,000) |
| All other disbursements made in the ordinary course for Post Effective Date Expenses related to Post Effective Trust operating expenses | $ | (70,897) |
| Total Disbursements | $ | (124,897) |
| Ending Cash Balance | $ | 51,752 |

Pursuant to 28 USC Section 1746(2), I hereby declare under penalty of perjury that the foregoing is
true and accurate to the best of my knowledge and belief.

| | |
|---|---|
| 10/14/2010 | /S/ Barry Barnard |
| Date | Barry G. Barnard |
| | Skybus Creditor Trust |
| | Liquidation Trustee |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by
the post confirmation debtor.

| | | | | |
|---|---|---|---|---|
| Debtor's Name: | Skybus Creditors Trust | Bank Name: | Huntington National Bank | |
| Bankruptcy No.: | 08-10637 (CSS) | Account No.: | ending with 0923 | |
| Confirmation Date: | 15-May-09 | Account Type: | | Allowed Priority Claims |
| Reporting Period: | 30-Sep-10 | | | |

|  |  |  |
|---|---|---|
| Beginning Cash Balance | $ | - |
| All receipts received by the Debtor: | | |
|     Initial funding - transfer from Debtor | $ | - |
|     Investment Income | $ | - |
|     Transfer from Other Accounts | $ | - |
|     Other Recoveries | $ | - |
|     Total of Cash Received | $ | - |
| Total of cash available | $ | - |
| Less all disbursements or payments ( including payments made under the confirmed plan) made by the Debtor: | | |
|     Disbursements made to Beneficial Interest | $ | - |
|     Disbursements made pursuant to administrative claims of professionals | $ | - |
|     Adjustment for Prior Period disbursement | $ | - |
|     Transfer to General Unsecured Account | $ | - |
|     All other disbursements made in the ordinary course for Post Effective Date Expenses related to Post Effective Trust operating expenses | | |
|     Total Disbursements | $ | - |
| Ending Cash Balance | $ | - |

Pursuant to 28 USC Section 1746(2), I hereby declare under penalty of perjury that the foregoing is
true and accurate to the best of my knowledge and belief.

| 10/14/2010 | /S/ Barry Barnard |
|---|---|
| Date | Barry G. Barnard |
| | Skybus Creditor Trust |
| | Liquidation Trustee |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by
the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Skybus Creditors Trust | Bank Name: | Huntington National Bank |
| Bankruptcy No.: | 08-10637 (CSS) | Account No.: | ending with 0932 |
| Confirmation Date: | 15-May-09 | Account Type: | Disputed Priority Claims |
| Reporting Period: | 30-Sep-10 | | |

| | | |
|---|---|---|
| Beginning Cash Balance | $ | - |
| All receipts received by the Debtor: | | |
|     Initial funding - transfer from Debtor | | |
|     Investment Income | $ | - |
|     Transfer from Other Accounts | $ | - |
|     Other Recoveries | $ | - |
|     Total of Cash Received | $ | - |
| Total of cash available | $ | - |
| Less all disbursements or payments ( including payments made under the confirmed plan) made by the Debtor: | | |
|     Disbursements made under the plan excluding the administrative claims of professionals | $ | - |
|     Disbursements made pursuant to administrative claims of professionals | | |
|     Adjustment for Prior Period disbursement | $ | - |
|     Transfer to General Unsecured Account | $ | - |
|     All other disbursements made in the ordinary course for Post Effective Date Expenses related to Post Effective Trust operating expenses | $ | - |
|     Total Disbursements | $ | - |
| Ending Cash Balance | $ | - |

Pursuant to 28 USC Section 1746(2), I hereby declare under penalty of perjury that the foregoing is
true and accurate to the best of my knowledge and belief.

| | |
|---|---|
| 10/14/2010 | /S/ Barry Barnard |
| Date | **Barry G. Barnard** |
| | **Skybus Creditor Trust** |
| | **Liquidation Trustee** |

This report is to be submitted for all bank accounts that are presently maintained by
the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Skybus Creditors Trust | Bank Name: | Huntington National Bank |
| Bankruptcy No.: | 08-10637 (CSS) | Account No.: | ending with 0941 |
| Confirmation Date: | 15-May-09 | Account Type: | Allowed General Unsecured Claims |
| Reporting Period: | 30-Sep-10 | | |

| | | |
|---|---|---:|
| Beginning Cash Balance | $ | 252,776 |
| All receipts received by the Debtor: | | |
| Investment Income | $ | 7 |
| Return of Deposits | $ | 303 |
| Other Recoveries | $ | 15,000 |
| Total of Cash Received | $ | 15,310 |
| Total of cash available | $ | 268,086 |
| Less all disbursements or payments ( including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made to Beneficial Interest | $ | (320,694) |
| Disbursements made pursuant to administrative claims of professionals | $ | - |
| Adjustment for Prior Period disbursement | $ | - |
| Transfer From / (to) other Accounts | $ | 54,000 |
| All other disbursements made in the ordinary course for Post Effective Date Expenses related to Post Effective Trust operating expenses | | |
| Total Disbursements | $ | (266,694) |
| Ending Cash Balance | $ | 1,392 |

Pursuant to 28 USC Section 1746(2), I hereby declare under penalty of perjury that the foregoing is
true and accurate to the best of my knowledge and belief.

| | |
|---|---|
| 10/14/2010 | /S/ Barry Barnard |
| Date | Barry G. Barnard |
| | Skybus Creditor Trust |
| | Liquidation Trustee |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by
the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Skybus Creditors Trust | Bank Name: | Huntington National Bank |
| Bankruptcy No.: | 08-10637 (CSS) | Account No.: | ending with 0950 |
| Confirmation Date: | 15-May-09 | Account Type: | Disputed General Unsecured Claims |
| Reporting Period: | 30-Sep-10 | | |

| | | |
|---|---|---|
| Beginning Cash Balance | $ | 5 |
| All receipts received by the Debtor: | | |
| Initial funding - transfer from Debtor | $ | - |
| Investment Income | $ | - |
| Transfer from Disputed Priority Account | $ | - |
| Transfer from Allowed General Unsecure Account | $ | - |
| Other Misc Receipts | $ | - |
| Return of Deposits | $ | - |
| Total of Cash Received | $ | - |
| Total of cash available | $ | 5 |
| Less all disbursements or payments ( including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan excluding the administrative claims of professionals | $ | - |
| Disbursements made pursuant to administrative claims of professionals | | |
| Adjustment for Prior Period disbursement | $ | - |
| Transfer to other Accounts | $ | - |
| All other disbursements made in the ordinary course for Post Effective Date Expenses related to Post Effective Trust operating expenses | | |
| Total Disbursements | $ | - |
| Ending Cash Balance | $ | 5 |

Pursuant to 28 USC Section 1746(2), I hereby declare under penalty of perjury that the foregoing is
true and accurate to the best of my knowledge and belief.

| |
|---|
| 10/14/2010 |
| Date |

/S/ Barry Barnard
**Barry G. Barnard**
**Skybus Creditor Trust**
**Liquidation Trustee**

| | | |
|---|---|---|
| Debtor's Name: | Skybus Creditor Trust | |
| Bankruptcy No.: | 08-10637 (CSS) | |

| Balance Sheet as of | 30-Sep-10 | | **Trust Accounts** |
|---|---|---|---|
| **Assets** | | | |
| Cash - Huntington | | | 51,752 |
| Cash - Allowed Priority | | | - |
| Cash - Disputed Priority | | | - |
| Cash - Allowed General Unsecured | | | 1,392 |
| Cash - Disputed General Unsecured | | | 5 |
| Cash - Returned Checks | | | |
| Cash - Restricted | | | |
| | | | |
| Cash subtotal | | $ | 53,149 |
| | | | |
| Other Current Assets: | | | |
| IRS Ticket Tax Refunds | | | - |
| Attorney Retainers | | | - |
| American Express Receivable | | | - |
| FDMS Receivable | | | - |
| Bond Deposit | | | - |
| All Other | | | - |
| | | | |
| Total Current Assets | | $ | - |
| | | | |
| Secuirty Deposits - Subject to Offset | | | |
| | | $ | - |
| | | | |
| Total Assets | | $ | 53,149 |

**LIABILITIES AND EQUITY - CASH BASIS**

*Administrative & Pre Petiton Liabilities Subject to Compromise*

| | | |
|---|---|---|
| Priority Debt - Per Plan | $ | - |
| Secured Debt - Per Plan | $ | - |
| Accounts Payable | $ | 15,000 |
| | | |
| Total Administrative and Prepetition Liabilities | $ | 15,000 |

*Equity*

| | | |
|---|---|---|
| General Unsecured Creditors Balance | $ | 9,955,983 |
| Retained Earnings (Deficit) | $ | 6,751,000 |
| Distributions to Beneficial Interests | | (16,668,834) |
| Total Equity (Deficit) | $ | 38,149 |
| | | |
| Total Equity and Liabilities | $ | 53,149 |

Note 1: The Trust is a Grantor Trust effective May 15, 2009. All accounting activity is Cash Basis
pursuant to the Liquidating Trust Agreement governing the operation of the Trust and therefore the above Balance Sheet will
not reflect the liabilities of the Trust for all Post Effective Date services rendered or expenses incurred to date or future
expenditures for the administration of the Trust