## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SKYBUS AIRLINES, INC., | Case No. 08-10637 (CSS) |
| Debtor. | **Ref. No. 915** |

## FINAL DECREE CLOSING CHAPTER 11
## CASE OF SKYBUS AIRLINES, INC.

Upon consideration of the Motion of the Liquidation Trust of Skybus Airlines, Inc. for the Entry of a Final Decree Pursuant to Bankruptcy Code Section 350, Bankruptcy Rule 3022, and Local Rule 5009-1(a) (the "Motion");[1] and it appearing that notice of the Motion was proper and sufficient under the circumstances; and that no other or further notice need be given; and the Court having considered the Motion and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the bankruptcy case of Skybus Airlines, Inc. (Case No. 08-10637) (CSS) is closed pursuant to Bankruptcy Code Section 350; and it is further

ORDERED that a final decree in the bankruptcy case referenced above is hereby granted; and it is further

ORDERED that the Liquidation Trust is authorized to donate to a local charitable organization of its choosing any remaining unallocated monies; and it is further

---

[1] All capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

ORDERED that this final decree shall not affect any statutory fees accrued in this chapter 11 case or the obligation to pay the same.

Dated: November __, 2010
      Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge